# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS (DALLAS)

| | |
|---|---|
| IAN ABERLE,<br><br>      Plaintiff,<br><br>- against -<br><br>THE CONNOR GROUP, A REAL ESTATE INVESTMENT FIRM LLC<br><br>      Defendant. | Docket No. 3:22-cv-00219 (K)<br><br>**NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ian Aberle, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant The Connor Group, A Real Estate Investment Firm LLC, each party to bear its own costs, expenses and attorney's fees.

Dated: April 25, 2022
   Garden City, New York

            SANDERS LAW GROUP

            By: /s/jameshfreeman/
              James H. Freeman
              100 Garden City Plaza, Ste. 500
              Garden City, New York 11530
              Telephone: (516) 203-7660
              Jfreeman@sanderslaw.group

            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on April 25, 2022 on all counsel of a record.